

**KAUFMAN BORGEEST & RYAN LLP**

875 THIRD AVENUE, NEW YORK, NY 10022
TEL: 212.980.9600   FAX: 212.980.9291   WWW.KBRLAW.COM

March 20, 2025

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

ELIZABETH RIVERA
DIRECT: 646.367.6746
ERIVERA@KBRLAW.COM

**VIA ECF**

Honorable Kenneth M. Karas
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  *Vittoria Solla v. Boston Children's Health Physicians, LLP et al. ang Gerard Villucci*
      Civil Action No.: 7:25-CV-01352-KMK

Dear Judge Karas,

We represent Defendants Boston Children's Health Physicians, LLP ("BCHP") and Gerard Villucci ("Mr. Villucci") (collectively "Defendants") in the above captioned matter. We write jointly with Plaintiff's counsel to pursuant to Your Honor's Individual Practice Rules 1.C requesting an adjournment of the Initial Conference and an extension of time to submit the Case Management Plan. Currently, the parties are scheduled to appear for the Initial Conference on March 25, 2025 at 10am and to submit the Case Management Plan on March 24, 2025 (ECF No. 10).

The parties request an adjournment because Defendants filed a waiter of the service of summons on February 21, 2025, which extended Defendants' time to move, answer, or otherwise respond by sixty days. (ECF No. 11). To ensure the most productive use of the Court's time, the parties respectfully request that the Court adjourn the Initial Conference and corresponding date to submit the Case Management Plan until after Defendants respond on April 22, 2025.

Thank you for your courtesies in this matter.

Granted. The initial conference is adjourned to **5|6** /25, at **10:00** The deadline for the case management plan is moved accordingly.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

Joan M. Gilbride

So Ordered

3/20/25

NEW YORK              NEW JERSEY              CONNECTICUT              CALIFORNIA

9374523

CC:

Jordan El-Hag
El-Hag and Associates, P.C.
91 New Street
Ridgefield, CT 06877
Email: jordan@elhaglaw.com
Telephone: (914) 755-1579

KAUFMAN BORGEEST & RYAN LLP

9374523