

May 27, 2025

**MEMO ENDORSED**

JOAN M. GILBRIDE
DIRECT: 212.994.6517
JGILBRIDE@KBRLAW.COM

ELIZABETH RIVERA
DIRECT: 646.367.6746
ERIVERA@KBRLAW.COM

<u>VIA ECF</u>

Magistrate Judge Victoria Reznik
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   <u>*Vittoria Solla v. Boston Children's Health Physicians, LLP et al. ang Gerard Villucci*</u>
      <u>Civil Action No.: 7:25-CV-01352-KMK-VR</u>

Dear Judge Reznik,

We represent Defendants Boston Children's Health Physicians, LLP ("BCHP") and Gerard Villucci ("Mr. Villucci") (collectively "Defendants") in the above captioned matter. We write with the consent of Plaintiff's counsel pursuant to Your Honor's Individual Practice Rules 1.E to request an adjournment of the Telephonic Status Conference. Defendants request this adjournment due to a scheduling conflict during the time currently set by the Court. As it stands, the parties are scheduled to appear for the Status Conference on June 11, 2025 at 10:30am. (ECF No. 23).

The parties are available anytime on June 9th, June 16th, June 17th, June 18th, and June 19th for the Status Conference. Please advise whether any of these times work for the Court. This is Defendants' first request for an adjournment of the status conference.

Thank you for your courtesies in this matter.

Very truly yours,

KAUFMAN BORGEEST & RYAN LLP

*Joan Gilbride*

Joan M. Gilbride
CC:

Jordan El-Hag
El-Hag and Associates, P.C.

The adjournment request is GRANTED. The status conference is now scheduled for June 18, 2025 at 10:30 am. The dial in information is the same:
855-244-8681
Meeting ID 2310 527 2044

SO ORDERED.
*Victoria Reznik*
Hon. Victoria Reznik, U.S.M.J.

Dated:  May 27, 2025

NEW YORK          NEW JERSEY          CONNECTICUT          CALIFORNIA

9374523

91 New Street
Ridgefield, CT 06877
Email: jordan@elhaglaw.com
Telephone: (914) 755-1579